UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND STATESBORO DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR123-048, USA v. Coleman-Humphrey |
| OF ABSENCE REQUEST | ) | CR120-056, USA v. Youngblood |
| | ) | CR623-017, USA v. Scott |
| WENDELL E. JOHNSTON, JR. | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Wendell E. Johnston, Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Wendell E. Johnston, Jr.** be granted leave of absence for the following period: April 4, 2025 through April 14, 2025.

**SO ORDERED**, this 26th day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA